**TERRY FISHER BUICK PONTIAC, INC., Respondent,**

v.

**Nancy Lynn VESSELL, Appellant.**

No. 50854.

Missouri Court of Appeals, Eastern District, Division Four.

May 6, 1986.

James C. Ochs, Clayton, for appellant.

James E. Carmichael, St. Charles, for respondent.

## ORDER

PER CURIAM.

Defendant, Nancy Lynn Vessell, appeals from the trial court's grant of summary judgment in favor of plaintiff, Terry Fisher Buick Pontiac, Inc., on a suit to recover an amount owed pursuant to a written contract for the rental of a car. The judgment of the trial court is affirmed in accordance with Rule 84.16(b).